UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
MIGUEL LEZCANO  
YOLANDA CARIDAD LEZCANO  

CASE NO. 09-37113-BKC-

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 101.55 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUN 16 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

MIGUEL LEZCANO
YOLANDA CARIDAD LEZCANO
14311 LAKE SARANAC AVE
MIAMI LAKES, FL 33014

RICHARD ADAMS, ESQ.
ADAMS & ASSOCIATES, PA
1165 W 49 ST, SUITE 107
HIALEAH, FL 33012

HOUSEHOLD FINANCE CORP III
636 GRAND REGENCY RD
BRANDON, FL 33510

HOUSEHOLD FINANCE CORP III
636 GRAND REGENCY RD
BRANDON, FL 33510

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                  CASE NO.   09-37113-BKC-
MIGUEL LEZCANO
YOLANDA CARIDAD LEZCANO

CHAPTER 13


MIGUEL LEZCANO
YOLANDA CARIDAD LEZCANO
14311 LAKE SARANAC AVE
MIAMI LAKES, FL 33014


RICHARD ADAMS, ESQ.
ADAMS & ASSOCIATES, PA
1165 W 49 ST, SUITE 107
HIALEAH, FL 33012

HOUSEHOLD FINANCE CORP III      ---------$          89.93
636 GRAND REGENCY RD
BRANDON, FL 33510
                                                    RETURNED FROM CREDITOR
                                                    BECAUSE CASE DISMISSED
                                                    CLAIM REGISTER # 18

HOUSEHOLD FINANCE CORP III      ---------$          11.62
636 GRAND REGENCY RD
BRANDON, FL 33510


U.S. Trustee                                        RETURNED FROM CREDITOR
51 S.W. 1st Avenue                                  BECAUSE CASE DISMISSED
Miami, Florida 33130                                CLAIM REGISTER # 18